BRAD YAMAUCHI (73245)
MATTHEW A. SIROKA (233050)
**MIANMI, LEW & TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, California 94108
Telephone: (415) 788-9000
Fax: (415) 398-3887

Attorneys for Plaintiffs

JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
ALEX K. GRAB (203002)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, California 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

**THOMAS F. CASEY III, COUNTY COUNSEL (47562)**
MICHAEL P. MURPHY, CHIEF DEPUTY (83887)
MIRUNI SOOSAIPILLAI (160858)
TIMOTHY J. FOX (190084)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, California 94063
Telephone: (650) 363-1960
Fax: (650) 363-4034

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BRAUN, ANDREA BRAUN, and THE OSCAR A. BRAUN TRUST DATED 1996,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, MICHAEL D. NEVIN, in his personal and official capacity as member of the San Mateo Board of Supervisors, and RICHARD S. GORDON, in his personal and official capacity as member of the San Mateo Board of Supervisors,<br><br>Defendants. | Case No. 05-01459 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE: TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Case No. 05-01459 MJJ                STIPULATION RE: RESPONSE TO FIRST AMEND. COMPL.

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate to extend
2  the date by which defendant County of San Mateo must file a response to plaintiffs' First
3  Amended Complaint until and including June 15, 2005. The parties further stipulate that
4  defendants Michael D. Nevin and Richard S. Gordon shall also file their responses to plaintiffs'
5  First Amended Complaint by June 15, 2005. This extension of time will not alter or otherwise
6  affect any date or deadline already fixed by order of the Court.

7  **IT IS SO STIPULATED.**

8  DATED: May 27, 2005          **MINAMI LEW & TAMAKI, LLP**

9                                /s/
10                           By _____
                                BRAD YAMAUCHI

11                              Attorneys for Plaintiffs
12                              OSCAR BRAUN, ANDREA BRAUN, and THE
                                OSCAR A. BRAUN TRUST DATED 1996
13

14 DATED: May 27, 2005          **KERR & WAGSTAFFE LLP**
15                                /s/
16                           By _____
                                ALEX K. GRAB
17
18                              Attorneys for Defendants
                                COUNTY OF SAN MATEO, MICHAEL D.
19                              NEVIN, and RICHARD S. GORDON

20
21 **IT IS SO ORDERED.**

22 DATED: 5/31/2005             /s/
23                              _____
                                THE HONORABLE Judge Martin J. Jenkins
                                UNITED STATES DISTRICT JUDGE
24
   20781
25

(APPROVED stamp — United States District Court, Northern District of California — Judge Martin J. Jenkins)

---

Case No. 05-01459 MJJ — 1 — STIPULATION RE: RESPONSE TO FIRST AMEND. COMPL.